IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN BARRETT | : | CIVIL ACTION |
| | : | NO. 2:14-CV-01103 |
| v. | : | |
| | : | |
| PENNSYLVANIA STEEL | : | |
| COMPANY, INC. | : | |

**ORDER**

AND NOW, this 21st day of July, 2014, upon consideration of defendant's motion to dismiss plaintiff's amended complaint (Dkt. No. 10) and plaintiff's response (Dkt. No. 14), it is ORDERED that the motion is DENIED. Defendant shall file an answer on or before August 1, 2014. Also on or before August 1, 2014, the parties shall agree upon a discovery schedule and submit the same to the Court for approval.

       *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.